# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 18, 2026

Lyle W. Cayce
Clerk

No. 25-10408
Summary Calendar

———————

United States of America,

*Plaintiff—Appellee*,

*versus*

Erik Jeovany Garcia Brizuela,

*Defendant—Appellant*.

———————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CR-70-1

———————————————

Before Jones, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Erik Jeovany Garcia Brizuela has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Garcia Brizuela has not filed a response. We have reviewed counsel's brief and the relevant portions of the

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10408

record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.